UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MATTHEW A. MITCHELL | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO.  4:15-cv-00230 |
| | § |
| TRAVELERS LLOYDS OF TEXAS | § JURY |
| INSURANCE COMPANY | § |
| | § |
| Defendant. | § |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(1)(A)(ii) Matthew A. Mitchell ("Plaintiff"), and Defendant Travelers Lloyds of Texas Insurance Company ("Travelers") hereby submit this Stipulation of Dismissal and would respectfully show this Court as follows:

1. The parties reached a settlement regarding all claims asserted by Plaintiff in the above-captioned lawsuit.  Pursuant to the terms of that settlement, Plaintiff agreed to seek the dismissal of all claims asserted by Plaintiff or which could have been asserted by Plaintiff against Defendant in this suit with prejudice.  The parties hereby stipulate to the dismissal of such claims with prejudice.  It is Plaintiff's intention to dismiss all claims against all Defendant.

2. The parties have further agreed that all costs, expenses and attorney's fees are to be borne by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Matthew A. Mitchell and Defendant Travelers Lloyds of Texas Insurance Company respectfully present this Stipulation and request the Court dismiss this civil action with prejudice, with all costs, expenses and attorney's fees borne by the party incurring same, and for such other and further relief to which they may be justly entitled

Respectfully submitted,

*/s/ Eric B. Dick* (with permission)
ERIC B. DICK
Texas Bar No. 24064316
**DICK LAW FIRM, PLLC**
3701 Brookwoods Drive
Houston, Texas 77092
(832) 207-2007 (Telephone)
(713) 893-6931 (Facsimile)
ebdick@gmail.com

**ATTORNEYS FOR PLAINTIFF
MATTHEW MITCHELL**


*/s/ Marcie L. Schout*
WM. LANCE LEWIS
Texas Bar No. 12314560
MARCIE L. SCHOUT
Texas Bar No. 24027960
**QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR DEFENDANT
TRAVELERS LLOYDS OF TEXAS
INSURANCE COMPANY**