**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MATTHEW A. MITCHELL, § § *Plaintiff,* § § V. § § TRAVELERS LLOYDS OF TEXAS § INSURANCE COMPANY § § *Defendant.* § | CASE NO. 4:15cv230 Chief Judge Clark/Judge Craven |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal [Doc. # 9].

It is **ORDERED** that the Stipulation of Dismissal [Doc. # 9] is accepted by the Court.

The Court further **ORDERS** that this case is **DISMISSED** with prejudice, with each party to bear their own costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **18** day of **May, 2015.**

_____
Ron Clark, United States District Judge